# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 174 |
| | : | |
| AMENDMENT OF RULE 208 OF THE | : | DISCIPLINARY RULES |
| PENNSYLVANIA RULES OF | : | |
| DISCIPLINARY ENFORCEMENT | : | DOCKET |
| | : | |
| | : | |

## AMENDED ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of February, 2019, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been published for comment in the Pennsylvania Bulletin, 48 Pa.B. 5830 (September 22, 2018):

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 208 of the Pennsylvania Rules of Disciplinary Enforcement is amended in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets.